IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL W. BLAKE, ET AL | : | CIVIL ACTION |
| VS. | : | NO. 02-4773 |
| WASHINGTON MUTUAL BANK, FA, ET AL | | |

### ORDER

AND NOW, this 13th of SEPTEMBER, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jay C. Waldman to the Honorable R. Barclay Surrick.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court