IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. BLAKE and <br> JOAN K. BLAKE, H/W <br><br> and <br><br> GEORGE NAYLOR and <br> DIANE C. NAYLOR, H/W, <br><br> All plaintiffs, by themselves and for and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON MUTUAL BANK, FA, and WASHINGTON MUTUAL HOME LOANS, INC., <br><br> Defendants. | CIVIL ACTION NO. <br> 02-CV-04773-JW <br><br><br> CLASS ACTION |

## ENTRY OF APPEARANCE

Kindly enter my appearance in the above entitled action on behalf of defendants, Washington Mutual Bank, FA, and Washington Mutual Home Loans, Inc.

_____
Barry H. Boise
PEPPER HAMILTON LLP
3000 Two Logan Square
Philadelphia, PA 19103

Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2002, a true and correct copy of the Entry of Appearance for Defendants was served on the following counsel of record by first class mail, postage prepaid:

> Stuart A. Eisenberg
> McCullough & Eisenberg, P.C.
> 530 West Street Road
> Warminster, PA  18974

_____
Barry H. Boise