IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. BLAKE, ET AL : CIVIL ACTION
:
VS. : NO. 02-4773
:

WASHINGTON MUTUAL BANK
FA, ET

## ORDER

AND NOW, this 23rd day of SEPTEMBER, 2002, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable R. Barclay Surrick to the Honorable Bruce W. Kauffman, as related to Civil Action No. 01-4641.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court