IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL W. BLAKE, <u>et al.</u>** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4773 |
| | : | |
| **WASHINGTON MUTUAL BANK, <u>et al.</u>** | : | |

## ORDER

      **AND NOW**, this _____ day of April, 2003, upon consideration of Defendants' unopposed Motion for Admission *Pro Hac Vice* of Thomas M. Hefferon (docket no. 8), and good cause having been shown, **IT IS ORDERED** that the Motion is **GRANTED**. Accordingly, Thomas M. Hefferon, Esquire are admitted to participate *pro hac vice* in the above-captioned matter.

      BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**