IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL W. BLAKE and JOAN K.<br>BLAKE, h/w | : | |
| | : | |
| and | : | |
| | : | |
| GEORGE NAYLOR and DIANE C.<br>NAYLOR, h/w | : | |
| | : | |
| All plaintiffs, by themselves and for and on<br>behalf of all others similarly situated, | : | CIVIL ACTION<br>NO. 02-CV-4773-JW |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WASHINGTON MUTUAL BANK, FA,<br>WASHINGTON MUTUAL HOME LOANS,<br>INC., | : | |
| | : | |
| | : | |
| Defendants. | : | |

ORDER

AND NOW THIS ____ day of _____, 2003, upon consideration of the

Motion of Barry H. Boise for Admission Pro Hac Vice of Scott Nardi, Esquire, it is hereby

ORDERED and DECREED that the Motion is GRANTED and Mr. Nardi is admitted to practice

before this Court pro hac vice as counsel for Defendants, Washington Mutual Bank, FA and

Washington Mutual Home Loans, Inc.

_____
Kauffman, B., J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL W. BLAKE and JOAN K. BLAKE, h/w | : | |
| | : | |
| and | : | |
| | : | |
| GEORGE NAYLOR and DIANE C. NAYLOR, h/w | : | |
| | : | |
| All plaintiffs, by themselves and for and on behalf of all others similarly situated, | : | CIVIL ACTION |
| | : | NO. 02-CV-4773-JW |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WASHINGTON MUTUAL BANK, FA, WASHINGTON MUTUAL HOME LOANS, INC., | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**MOTION OF BARRY H. BOISE FOR ADMISSION
PRO HAC VICE OF SCOTT NARDI**

Pursuant to Rule 83.5.2(b) of the Local Rules of Civil Procedure of this Court, the

undersigned, Barry H. Boise, who is a member in good standing of the bar of this Court, moves

the Court to enter an Order admitting Scott Nardi, Esquire of the laws firm of Goodwin Procter

LLP, to practice before this Court pro hac vice as counsel for defendants Washington Mutual

Bank, FA and Washington Mutual Home Loans, Inc.  The facts supporting this motion are as

follows:

1.      The undersigned is an attorney-at-law of the Commonwealth of

Pennsylvania, with the law firm of Pepper Hamilton LLP, located at 3000 Two Logan Square,

18th and Arch Streets, Philadelphia, Pennsylvania 19103-2799, and is a member in good standing

of the bar of this Court. The undersigned and his firm will serve as co-counsel on behalf of the

defendants Washington Mutual Bank, FA and Washington Mutual Home Loans, Inc.

       2.     Scott Nardi is an associate in the law firm of Goodwin Procter LLP.  His

address and telephone number are 1717 Pennsylvania Avenue, N.W., Washington, DC 20006,

(202) 974-1007.  He is a member of the bar of the District of Columbia.  He is in good standing

in that bar, and no disciplinary or grievance proceedings have been filed or are pending against

him.  He has also been admitted to practice in the bar of the State of Minnesota, and in the Court

of International Trade, the Court of Appeals for the Federal Circuit, the District of Columbia

Circuit, and the U.S. District Court for the District of Columbia.


Barry H. Boise
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000


Dated: July 15, 2003

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission Pro Hac Vice of Scott

Nardi, Esquire was served upon counsel on this 15th day of July, 2003, via first-class mail,

postage prepaid:

Staurt A. Eisenberg, Esquire
McCullough and Eisenberg, P.C.
530 West Street Road
Warminster, PA 18974

Barry H. Boise
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000