IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL W. BLAKE and** | : | CIVIL ACTION |
| **JOAN K. BLAKE,** | : | |
| | : | |
| **and** | : | |
| | : | NO. 02-CV-4773 |
| **DIANE C. NAYLOR and** | : | |
| **GEORGE NAYLOR,** | : | |
| | : | |
| individually and on behalf | : | |
| of others similarly situated | : | |
| | : | |
| v. | : | |
| | : | |
| **WASHINGTON MUTUAL** | : | |
| **BANK, F.A., et al.** | : | |

## ORDER

**AND NOW**, this _____ day of July, 2003, upon consideration of Defendants' unopposed Motion for Admission *Pro Hac Vice* of Scott Nardi (docket no. 10), and good cause having been shown, **IT IS ORDERED** that the Motion is **GRANTED**.  Accordingly, Scott Nardi, Esquire is admitted to participate *pro hac vice* in the above-captioned matter.

BY THE COURT:


_____
**BRUCE W. KAUFFMAN,  J.**