IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL W. BLAKE, <u>et al.</u>** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4773 |
| | : | |
| **WASHINGTON MUTUAL BANK, <u>et al.</u>** | : | |

## <u>ORDER</u>

**AND NOW,** this          day of June, 2004, upon consideration of the parties' stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1) (attached hereto as Exhibit A), it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice and without costs.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN,  J.**